1 DANIEL J. BRODERICK, #89424
Federal Defender
2 DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, California  93721-2226
Telephone: (559) 487-5561

5

Attorney for Defendant
6 COREY J. BROUWER

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   NO. 1:08-mj-00054 DLB
                                       )
12         *Plaintiff,*                )   STIPULATION TO CONTINUE SENTENCING
                                       )   HEARING; AND ORDER THEREON
13     v.                              )
                                       )
14 COREY J. BROUWER,                   )   Date: June 26, 2008
                                       )   Time: 10:00 a.m.
15         *Defendant.*                )   Judge: Hon. Gary S. Austin
                                       )
16 _____)

17

18     **IT IS HEREBY STIPULATED** by and between the parties hereto and through their

19 respective attorneys of record herein, that the sentencing hearing in the above captioned matter now scheduled

20 for June 12, 2008, **may be continued to June 26, 2008 at 10:00 a.m.**

21     This continuance is requested by counsel for the defendant due to scheduling conflicts.  The pre-

22 sentence interview could not be completed until May 23, 2008.  AUSA, Mark J. McKeon, has no objection.

23     The requested continuance will conserve time and resources for both counsel and the court.

24

25 ///

26 ///

27 ///

28 ///

1  ///

2      The parties agree that the delay resulting from the continuance shall be excluded in the interests of
3  justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i)
4  and (iv).

5                                    McGREGOR M. SCOTT
6                                    United States Attorney

7  DATED: May 27, 2008                     By   /s/ Mark J. McKeon
                                               MARK J. McKEON
8                                  Assistant United States Attorney
                                Attorney for Plaintiff
9

10                                 DANIEL J. BRODERICK
11                                 Federal Defender

12 DATED: May 27, 2008                     By   /s/ Douglas Beevers
                                               DOUGLAS BEEVERS
13                                 Assistant Federal Defender
                                Attorney for Defendant
14                                 COREY J. BROUWER

15

16                                       **ORDER**

17     It is HEREBY ORDERED that Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
18 3161(h)(8)(B)(i) and (iv).

19

20     IT IS SO ORDERED.

21       **Dated:  May 30, 2008**                  **/s/ Gary S. Austin**
22                                                     UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28